P52511-L.Y. Ramos

## Request for Adjournment

| | | | |
|---|---|---|---|
| To: | Honorable Gerard E. Lynch<br>U.S. District Judge | Offense: | Conspiracy to Commit Marriage Fraud to Evade Immigration laws |
| From: | Lyvia Y. Ramos<br>U.S. Probation Officer | | Marriage Fraud to Evade Immigration Laws |
| Re: | Valle, Yaritza<br>DKT. # 07 CR 1065-04(GEL) | Sentence Date: | June 30, 2008 |
| | | Defense Counsel: | Jennifer Colyer |
| Date: | April 28, 2008 | | |
| | | AUSA: | Jonathan New |

*******************************************************************************

We are making an adjournment request for the following reasons:

The defendant entered a guilty plea on February 27, 2008, to the above charges. She is presently scheduled to be sentenced on June 6, 2008.

It was mutually agreed by this officer and defense counsel to schedule the defendant's interview for April 3, 2008, to allow the defendant time to recover from childbirth.

On April 3, 2008, defense counsel asked that we reschedule our meeting for later in the day, as the defendant could not be located. The interview was later cancelled, as counsel had been unable to communicate with the defendant, who resides in a shelter and does not have a telephone (contact is made through Valle's boyfriend's cellular phone). The interview was then rescheduled for April 10.

This officer canceled that appointment by voice mail, at approximately 2:00 a.m. on April 10, due to a family emergency. On April 14, this officer contacted defense counsel to reschedule the interview for April 16, provided that defense counsel could contact the defendant. The April 16 interview was rescheduled for April 23 because defense counsel had been unable to contact with the defendant.

With the assistance of Pretrial Services, the defendant presented herself at the Probation Office on April 23. After defense counsel arrived, the defendant was interviewed by the undersigned officer without incident.

Due to the above, we are requesting an adjournment of approximately four weeks to allow this officer sufficient time to complete the presentence investigation, and permit counsels sufficient time to review the presentence report.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/29/08

Valle, Yaritza                                                                                      P52511-L.Y. Ramos

2

It is requested that Your Honor indicate the Court's decision as provided below. Counsel will be notified by copy of this form.

                                                Respectfully submitted,

                                                CHRIS J. STANTON
                                                Chief U.S. Probation Officer

                            By:
                                                Lyvia Y. Ramos
                                                U.S. Probation Officer
                                                (212) 805-5173

Approved By:

_____
Geoffrey P. Steele
Supervising U.S. Probation Officer

_____

1.    AN ADJOURNMENT IS GRANTED: ____✓____

       IF APPROVED, NEW DATE OF SENTENCE  July 2, 2008  TIME  4:30 p.m.

2.    REQUEST IS DENIED _____

_4/29/08_____                    _____
DATE                                          U.S. DISTRICT COURT JUDGE

cc:    Jennifer Colyer, Defense Counsel
       One New York Plaza
       New York, NY 10011

       Jonathan New, AUSA
       One Saint Andrew's Plaza
       New York, NY 10007