# MEMORANDUM



USDSNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/4/08

TO: **HONORABLE GERARD E. LYNCH**
U.S. District Judge

FROM: **MICHAEL FITZPATRICK, CHIEF**
Pretrial Services Officer

RE: VALLE, Yaritza
DOCKET #: 07-CR-1065

The attached memorandum was prepared by Pretrial Services Officer
Jason G. Lerman                                                (212) 805-4109
_____                              _____
         Name                                                        Phone Number
will present to Your Honor significant details about the Bail Conditions which were imposed on the above-name defendant.

We are requesting direction from the Court. Please initial the appropriate box(es) and return this form to us so that we may comply with your instructions.

[ ]   I have reviewed the information that you have supplied. I do not believe that this matter requires any action by the Court at this time.

[✓]   My chambers will inform all parties concerned that I will conduct a Bail Review Hearing in Courtroom #    6B    on  June 2, 2008   at   10:30 a.m.  .
                                                  Date                                    Time

[✓]   So ordered: _Gerard E. Lynch_
                         5/5/08

[ ]   I request that a Bail Review Hearing be conducted by:

        [ ]   The presiding Magistrate Judge in courtroom # 5A.

        [ ]   The District Court Judge presiding in Part I.

        [ ]   _____
                     Judicial Officer
at his/her earliest convenience.

**JUDICIAL OFFICER QUALITY IMPROVEMENT COMMENTS**: This space is available for you to provide us with your thoughts or comments on the quality or content of this report. We are interested in knowing what we could have done differently or better to improve the value of this report to you. Thank you, Michael Fitzpatrick and Marsha Davies-Calhoun, Chief and Deputy Chief U.S. Pretrial Services Officers.

_____

_____

_____