| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK | ECF CASE |

UNITED STATES OF AMERICA

v.

IHAB TARTIR, et al.

        Defendants.

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTIFICATION**

**07 Cr. 1065 (GEL)**

TO:    Clerk of Court
          United States District Court
          Southern District of New York

The undersigned attorney respectfully requests the Clerk to note her appearance in this case and to add her as a Filing User to whom Notices of Electronic Filing will be transmitted in this case.

          Respectfully submitted,

          MICHAEL J. GARCIA
          United States Attorney for the
            Southern District of New York

          by: /s/ Nicole W. Friedlander

          Assistant United States Attorney
          (212) 637-2211

TO:    Martin L. Schmukler, Esq.
          John M. Rodriguez, Esq.
          Thomas F.X. Dunn, Esq.
          Michael Hurwitz, Esq.